# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1600
Lower Tribunal No. 17-24098-FC-04
_____

**Alexey Bekin,**
Appellant,

vs.

**Elena Tushina,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Alexey Bekin, in proper person.

Elena Tushina, in proper person.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.